UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-20044-CR-GAYLES/OTAZO-REYES**

21 U.S.C. § 963
46 U.S.C. § 70506(b)
46 U.S.C. § 70507(a)
21 U.S.C. § 853



UNITED STATES OF AMERICA

vs.

LIMBER ANTONIO ARBOLEDA CORTES,
    a/k/a "Mili,"
    a/k/a "Chinche,"
    a/k/a "Viejo,"
    a/k/a "Hermanos,"
    a/k/a "Murcielago,"
JOSE CAMILO ESPANA MARQUINEZ,
    a/k/a "Camilo,"
    a/k/a "Cami,"
JOSE GUILLERMO BUSTAMANTE,
    a/k/a "Tio,"
JOHN JAIRO ARBOLEDA CASTRO,
    a/k/a "Veterano,"
FERNANDO TABORDA,
    a/k/a "Ferna,"
    a/k/a "Don Ferna,"
    a/k/a "Capi,"
HECTOR CASTRO IBARRA,
    a/k/a "Polo,"
    a/k/a "Don Polo"
JOSE CARLOS RIOS MARTINEZ,
    a/k/a "Carlos,"
              Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at least as early as in and around 2015, and continuing through the date of the

return of this Indictment, in the countries of Colombia, Ecuador, and elsewhere, the defendants,

**LIMBER ANTONIO ARBOLEDA CORTES,**
a/k/a "Mili,"
a/k/a "Chinche,"
a/k/a "Viejo,"
a/k/a "Hermanos,"
a/k/a "Murcielago,"
**JOSE CAMILO ESPANA MARQUINEZ,**
a/k/a "Camilo,"
a/k/a "Cami,"
**JOSE GUILLERMO BUSTAMANTE,**
a/k/a "Tio,"
**JOHN JAIRO ARBOLEDA CASTRO,**
a/k/a "Veterano,"
**FERNANDO TABORDA,**
a/k/a "Ferna,"
a/k/a "Don Ferna,"
a/k/a "Capi,"
**HECTOR CASTRO IBARRA,**
a/k/a "Polo,"
a/k/a "Don Polo"
**JOSE CARLOS RIOS MARTINEZ,**
a/k/a "Carlos,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

Beginning at least as early as in and around November 2016, and continuing until on or about August 24, 2017, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, in the countries of Colombia, Ecuador, and elsewhere, the defendants,

**LIMBER ANTONIO ARBOLEDA CORTES,**
a/k/a "Mili,"
a/k/a "Chinche,"
a/k/a "Viejo,"
a/k/a "Hermanos,"
a/k/a "Murcielago,"
**JOSE CAMILO ESPANA MARQUINEZ,**
a/k/a "Camilo,"
a/k/a "Cami,"
**JOSE GUILLERMO BUSTAMANTE,**
a/k/a "Tio,"
**JOHN JAIRO ARBOLEDA CASTRO,**
a/k/a "Veterano,"
**FERNANDO TABORDA,**
a/k/a "Ferna,"
a/k/a "Don Ferna,"
a/k/a "Capi,"
**HECTOR CASTRO IBARRA,**
a/k/a "Polo,"
a/k/a "Don Polo"
**JOSE CARLOS RIOS MARTINEZ,**
a/k/a "Carlos,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **LIMBER ANTONIO ARBOLEDA CORTES** a/k/a "Mili," a/k/a "Chinche," a/k/a "Viejo," a/k/a "Hermanos," a/k/a "Murcielago," **JOSE CAMILO ESPANA MARQUINEZ** a/k/a "Camilo," a/k/a "Cami," **JOSE GUILLERMO BUSTAMANTE**, a/k/a "Tio," **JOHN JAIRO ARBOLEDA CASTRO**, a/k/a "Veterano," **FERNANDO TABORDA**, a/k/a "Ferna," a/k/a "Don Ferna," a/k/a "Capi," **HECTOR CASTRO IBARRA**, a/k/a "Polo," a/k/a "Don Polo," **JOSE CARLOS RIOS MARTINEZ** a/k/a "Carlos," have an interest.

2. Upon conviction of the violations alleged in this Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 46, United States Code, Section 70507(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

TIMOTHY J. ABRAHAM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| LIMBER ANTONIO ARBOLEDA CORTES, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. | |
| _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL     ___ WPB    ___ FTP

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take   7-10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days    ___                   Petty    ___
   II   6 to 10 days   _X_                   Minor    ___
   III  11 to 20 days  ___                   Misdem.  ___
   IV   21 to 60 days  ___                   Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes   _x_ No

                                                    _____
                                                    TIMOTHY J. ABRAHAM
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 114372

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **LIMBER ANTONIO ARBOLEDA CORTES**

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JOSE CAMILO ESPANA MARQUINEZ**

Case No: _____

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JOSE GUILLERMO BUSTAMANTE</u>

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **JOHN JAIRO ARBOLEDA CASTRO**

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   **FERNANDO TABORDA**

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** **HECTOR CASTRO IBARRA**

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JOSE CARLOS RIOS MARTINEZ**

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**